UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO CANO MORENO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>    Defendants. | Case No.  24-cv-03798-EKL<br><br>**ORDER TO SHOW CAUSE** |

On June 25, 2024, Plaintiff filed the complaint in this case. *See* ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant. That period expired on September 23, 2024. As of the date of this Order, Plaintiff has failed to file proof of service for Defendants County of Santa Clara, Gary Hart, and Michael Lyle Elward. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than November 12, 2024, why her claims should not be dismissed without prejudice for lack of timely service and failure to prosecute.

**IT IS SO ORDERED.**

Dated:   October 21, 2024

Eumi K. Lee
United States District Judge