United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO CANO MORENO, | Case No. 24-cv-03798-EKL |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

On October 21, 2024, the Court ordered Plaintiff to show cause for failure to serve Defendants by November 12, 2024.  Plaintiff has not filed a written response.  Accordingly, the Court dismisses this case without prejudice.

**IT IS SO ORDERED.**

Dated: November 18, 2024

Eumi K. Lee
United States District Judge